AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| WEH Magic Valley Holdings, LLC, a limited liability corporation,<br><br>*Plaintiff(s)*<br>v.<br>EIH Parent, LLC, a limited liability company and James Carkulis, an individual,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  CV-15-50-H-SEH<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James Carkulis, an individual
40 West 14th Street, Suite 4B
Helena, MT 59601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kimberly A. Beatty
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 North Last Chance Gulch, Suite 101
PO Box 1697
Helena, MT 59624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  05/29/2015                                           _____
                                                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV-15-50-H-SEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                                                                    *Server's signature*

                                              _____
                                                                                 *Printed name and title*

                                              _____
                                                                                     *Server's address*

Additional information regarding attempted service, etc:

WILLIAMS INVESTIGATIONS
1100 Waukesha Avenue, Suite 3B
Helena, MT 59601
406-442-2621
www.williamsinvestigations.net
Process Server/Levying Officer

IN THE MONTANA DISTRICT COURT OF UNKNOWN COUNTY,
STATE OF MONTANA

*   *   *   *   *   *

WEH MAGIC VALLEY HOLDINGS LLC

PROOF OF SERVICE

Plaintiff(s)

vs

Case Number: CV-15-00050-H-SHE

EIH PARENT LLC
AKA

Defendant(s)

SUMMONS & COMPLAINT

*   *   *   *   *

The undersigned declares under penalty of perjury under the laws of the State of Montana that the following is true and correct.

The declarant is now and at all times has been a citizen of the United States and a resident of the State of Montana, over the age of eighteen years, not a party to or interested in the above-entitled action and competent to be a witness therein:

At 7:36:00 PM on 6/16/2015, I personally served the above-described documents on James Carkulis at his/her place of residence: 2890 Aspen Way, MT.

| Service | Amount | Description |
|---|---|---|
| Service | $32.50 | |
| Total | $32.50 | |

Dated this 23rd day of June, 2015.

Brian Mook  8937