IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
MAR 07 2016
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| WEH Magic Valley Holdings, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EIH Parent, LLC, a limited liability company and James Carkulis, an individual,<br><br>Defendants. | No. CV-15-50-H-SEH<br><br>**ORDER** |

On the record made in open court on March 3, 2016,

Defendants' Motion to Dismiss Counts II through VI of First Amended Complaint[1] is GRANTED in part as follows:

ORDERED:

Counts II through VI against Carkulis individually are dismissed.[2]

DATED this 7th day of March, 2016.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Doc. 33.

[2] The caption is amended to reflect the dismissal of James Carkulis, an individual.