IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
APR 21 2016
Clerk, U.S. District Court
District Of Montana
Helena

WEH Magic Valley Holdings, LLC, a limited liability corporation,

    Plaintiff,

vs.

EIH Parent, LLC, a limited liability company,

    Defendants.

No. CV-15-50-H-SEH

ORDER

Based upon the record made in open court,

ORDERED:

Plaintiff's Motion for Final Judgment Under FRCP Rule 54(B)[1] is DENIED.

DATED this 21st day of April, 2016.

SAM E. HADDON
United States District Judge

---

[1] Doc. 48.