# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| WEH Magic Valley Holdings, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EIH Parent, LLC, a limited liability company and James Carkulis, an individual,<br><br>Defendants. | No. CV-15-50-H-SEH<br><br>**ORDER** |

The Court's Order of June 7, 2017,[1] is amended to reflect that the status conference set for June 23, 2017, at 11:00 a.m. will be conducted on the record with counsel present in Courtroom I, Paul G. Hatfield Courthouse, Helena, Montana.

All other matters in the Court's Order of June 7, 2017, remain in full force and effect.

DATED this 21st day of June, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 133.