IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| WEH Magic Valley Holdings, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EIH Parent, LLC, a limited liability company and James Carkulis, an individual,<br><br>Defendants. | No. CV-15-50-H-SEH<br><br>ORDER |

On December 5, 2017, the Court conducted a hearing directed to, in part, "a proposed schedule for the preparation and submission of a final pretrial order prepared in compliance with Fed. R. Civ. P. 26(a)(3)(A) and L.R. 16.4 and the Orders of this Court" and the "time reasonably required and to be requested by counsel to prepare and submit the final pretrial order."[1]

---

[1] Doc. 171 at 2.

Upon the record made in open court,

ORDERED:

1. The proposed final pretrial order shall be filed on or before January 26, 2018.

2. Such other and further hearings as necessary to address and resolve issues pretrial will be set by further order of the Court.

DATED this 6th day of December, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge