IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
JAN 24 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| WEH Magic Valley Holdings, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br><br>EIH Parent, LLC, a limited liability company,<br><br>Defendant. | No. CV-15-50-H-SEH<br><br>ORDER |

On December 8, 2017, the Court granted Defendants' Renewed Motion for Summary Judgment on Counts II through V of Plaintiffs' Second Amended Compliant.[1] The Court dismissed Counts II through V against James Carkulis ("Carkulis") individually, and limited unresolved issues in Count I "to what are claimed by WEH to be Third Party Legal Expenses to be recovered from EIH

---

[1] Doc. 178.

under the PSA."[2]

ORDERED:

The caption is amended as shown above to reflect the dismissal of Carkulis.

DATED this 24th day of January, 2018.

*[signature: Sam E. Haddon]*

SAM E. HADDON
United States District Judge

---

[2] Doc. 178 at 12.