IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION



FILED

FEB 08 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| WEH Magic Valley Holdings, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EIH Parent, LLC, a limited liability company,<br><br>Defendant. | No. CV-15-50-H-SEH<br><br>ORDER |

On February 8, 2018, the Court conducted a hearing, in part, on Plaintiff's

Motion for Final Judgment Under FRCP Rule 54 (b)[1] and Plaintiff's Motion *in

Limine* to Exclude Expert Testimony of James Carkulis.[2]

Upon the record made in open court,

ORDERED:

1.  Plaintiff's Motion for Final Judgment Under FRCP Rule 54 (b)[3] is

DENIED.

---

[1] Doc. 180.

[2] Doc. 121.

[3] Doc. 180.

2. Plaintiff's Motion *in Limine* to Exclude Expert Testimony of James Carkulis[4] is DENIED AS MOOT.

DATED this 8th day of February, 2018.

SAM E. HADDON
United States District Judge

---

[4] Doc. 121.