UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| WEH MAGIC VALLEY HOLDINGS, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EIH PARENT, LLC, a limited liability company<br><br>Defendant. | Case No. CV-15-050-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED all matters, claims and counterclaims asserted in this case, have now been resolved. The June 7, 2017 and December 8, 2017 Orders are now final and appealable.

Dated this 19th day of March, 2018.

                        TYLER P. GILMAN, CLERK

                        By: /s/ Julie Collins
                        Julie Collins, Deputy Clerk