# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

FILED
11/4/2019

Clerk, U.S. District Court
District of Montana
Helena Division

WEH Magic Valley Holdings, LLC, a limited liability corporation,

        Plaintiff,

vs.

EIH Parent, LLC, a limited liability company, and James Carkulis, an individual,

        Defendants.

No. CV-15-50-H-SEH

**ORDER**

      The Court's Order of September 30, 2019,[1] directed each of the parties to "file a preliminary pretrial statement on or before **November 1, 2019,** which shall fully comply with all requirements of Fed. R. Civ. P. 26(a)(1)(A)(i), (ii), and (iii) and L.R. 16.2(b)(1) . . . ."[2]

      The preliminary pretrial statement filed by Plaintiff on November 1, 2019, fails to comply with the September 30, 2019, Order.[3]

---

[1] *See* Doc. 232.

[2] Doc. 232 at 3.

[3] Doc. 232.

Deficiencies in the statement include:

1. The statement does not address matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's September 30, 2019, Order.[4]

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statement to address deficiencies outlined in paragraph 1 above shall be filed and served on or before November 8, 2019.

DATED this 4th day of November, 2019.

*[signature]*

SAM E. HADDON
United States District Judge

---

[4] Doc. 232.