FILED

12/18/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| WEH Magic Valley Holdings, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EIH Parent, LLC, a limited liability company, and James Carkulis, an individual,<br><br>Defendants. | No. CV-15-50-H-SEH<br><br>**ORDER** |

On December 2, 2019, the parties filed a Joint Motion for Appointment of Magistrate Judge to Conduct Mediation.[1] The motion states, in part: "Counsel for the parties have conferred and suggest that Magistrate Judge John T. Johnston would be preferable, but defer to the Court's decision on which Magistrate Judge to appoint."[2] The language of the motion suggests an effort to engage in judge shopping and will not be considered by the Court.

---

[1] Doc. 242.

[2] Doc. 242 at 1–2.

ORDERED:

The Court will appoint a Magistrate Judge to conduct a mediation by further Order of court.

DATED this 18th day of December, 2019.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge