IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| WEH Magic Valley Holdings, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>EIH Parent, LLC, a limited liability company, and JAMES CARKULIS, an individual,<br><br>Defendants. | Case No. CV-15-00050-H-SEH<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

Upon stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned civil cause, including all claims and all counterclaims be, and hereby are, dismissed with prejudice.

DATED this 16th day of March, 2020.

SAM E. HADDON
United States District Judge